## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 21st day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

**VIA FIRST CLASS U.S. MAIL**

*Texana Machinery Corp.*
Attn:   President/Chief Executive Officer
5506 Pan Am Expressway North
San Antonio, TX 78218

_____
Mary E. Augustine (No. 4477)

609383v1